REMAND / JS-6

Farbod Youmtobian, Esq. (State Bar No. 322576)
**INJURY PRO LAW APC**
8484 Wilshire Blvd. Ste 605
Beverly Hills, CA 90211
Phone: (310) 497-9967
farbodyoumtob@gmail.com

Attorneys for PLAINTIFF,
BLAIR OZUR

DAVID A. NAPPER (SBN 271464)
Email: dnapper@smsm.com
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: (310) 207-7722
Facsimile: (310) 207-6550

Attorneys for Defendant, DOLLAR TREE STORES, INC.
and BRANDON RIDDLE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BLAIR OZUR, an individual, by and through guardian ad litem, JASON OZUR,

Plaintiff,

VS.

DOLLAR TREE STORES, INC., a Corporation; BRANDON RIDDLE, an individual; and DOES 1-20 inclusive.

Defendants.

**CASE NO.: CV 26-7250-GW-AYPx**

**ORDER TO REMAND ACTION TO STATE COURT IN LIGHT OF SETTLEMENT**

Superior Court Complaint Filed: May 19, 2026

(Los Angeles Superior Court Case No.: 26SMCV02816)

**ORDER**

The Court has reviewed The Parties' Joint Stipulation to Remand Action to State Court. Based on The Parties' stipulated jurisdictional facts, and good cause appearing, the Court ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED.

2. The United States District Court, Central District of California, Case No. 2:26–cv–07250 GW (AYPx) as captioned, is hereby REMANDED to the Superior Court of California, County of Los Angeles, Santa Monica Courthouse, in the matter of *Blair Ozur, by and through Guardian Ad Litem Jason Ozur v. Dollar Tree Stores, Inc., et al*., Case No. 26SMCV02816, for all further proceedings.

**IT IS SO ORDERED.**

Dated: August 20, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE